UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRED W. BARBER,
an Individual

        Plaintiff,

-vs-

JAMES TUSSEY, SCIENTIFIC RETAIL
SYSTEMS, INC., Jointly and Severally

        Defendants.
_____/

File No. 1:08-cv-12315-TLL-CEB

HON. THOMAS L. LUDINGTON

SMITH BOVILL, P.C.
BY: ROBERT A. JAREMA (P31537)
ANDREW D. CONCANNON (P49336)
Attorneys for Plaintiff
200 St. Andrews Road
Saginaw, MI 48638
(989) 792-9641

STROBL & SHARP, P.C.
BY: KIERAN F. CUNNINGHAM (P22821)
    JOHN SHARP (P29042)
Attorneys for Defendants
300 E. Long Lake Rd., Ste. 200
Bloomfield Hills, MI 48304
(248) 540-2300
_____/

**STIPULATION FOR ORDER OF DISMISSAL OF CASE WITH PREJUDICE
AND WITHOUT COSTS AS TO ALL PARTIES**

NOW COME the parties, by their undersigned counsel, and hereby Stipulate for the

entry of an Order by the Court that this case may be dismissed with prejudice and without costs as to all parties. The Court shall retain jurisdiction only for the purposes of enforcing of the Settlement Agreement and the additional agreements incorporated therein by the exhibits to the Settlement Agreement.

Dated: 12-30-08
SMITH BOVILL, P.C.

_____
ANDREW D. CONCANNON (P49336)

Attorneys for Plaintiff
200 St. Andrews Road
Saginaw, MI 48638
(989) 792-9641

Dated: 12/29/08
STROBL & SHARP, P.C.

_____
KIERAN F. CUNNINGHAM (P22821)
JOHN SHARP (P29042)
Attorneys for Defendants
300 E. Long Lake Rd., Ste. 200
Bloomfield Hills, Mi 48304
(248) 540-2300