UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

FRED W. BARBER,
an Individual

       Plaintiff,

-vs-

JAMES TUSSEY, SCIENTIFIC RETAIL
SYSTEMS, INC., Jointly and Severally

       Defendants.
_____/

File No. 1:08-cv-12315-TLL-CEB

HON. THOMAS L. LUDINGTON

SMITH BOVILL, P.C.
BY: ROBERT A. JAREMA (P31537)
ANDREW D. CONCANNON (P49336)
Attorneys for Plaintiff
200 St. Andrews Road
Saginaw, MI  48638
(989) 792-9641

STROBL & SHARP, P.C.
BY: Kieran F. Cunningham (P22821)
    John Sharp (P29042)
Attorneys for Defendants
300 E. Long Lake Rd., Ste. 200
Bloomfield Hills, MI 48304
(248) 540-2300
_____/

## ORDER OF DISMISSAL

     This matter having come before the Court upon stipulation of the parties and the Court hereby being fully advised, this matter shall be dismissed with prejudice and without costs to all parties.  The Court shall retain jurisdiction only for the purposes of enforcing the Settlement Agreement and the additional agreements incorporated therein by the exhibits to the Settlement

Agreement.

     IT IS HEREBY ORDERED that this case shall be dismissed with prejudice and without costs as to all parties. The Court shall retain jurisdiction only for the purposes of enforcing of the Settlement Agreement and the additional agreements incorporated therein by the exhibits to the Settlement Agreement.

                                            s/Thomas L. Ludington
                                            THOMAS L. LUDINGTON
                                            United States District Judge

Dated: January 20, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 20, 2009.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS